THE STATE OF OHIO, APPELLEE, *v*. LEE, APPELLANT.

[Cite as *State v. Lee,* 124 Ohio St.3d 119, 2009-Ohio-6544.]

(No. 2009–0402—Submitted September 30, 2009—Decided December 17, 2009.)

{¶ 1} The judgment of the court of appeals is affirmed on the authority of *State v. Lester,* 123 Ohio St.3d 396, 2009-Ohio-4225, 916 N.E.2d 1038.

MOYER, C.J., and PFEIFER, LUNDBERG STRATTON, O'CONNOR, O'DONNELL, LANZINGER, and CUPP, JJ., concur.

Timothy Young, Ohio Public Defender, and Katherine A. Szudy, Assistant Public Defender, for appellant.

THE STATE OF OHIO, APPELLEE, *v*. GILBERT, APPELLANT.

[Cite as *State v. Gilbert,* 124 Ohio St.3d 119, 2009-Ohio-6543.]

(No. 2009–0610—Submitted September 30, 2009—Decided December 17, 2009.)

{¶ 1} The judgment of the court of appeals is affirmed as to appellant's first assignment of error below (Proposition of Law No. I accepted for review in this court) on the authority of *State v. Lester,* 123 Ohio St.3d 396, 2009-Ohio-4225, 916